BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
LYNN TRINKA ERNCE
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2741
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cv-789 GEB GGH |
| Plaintiff, | ORDER FOR DELIVERY OF POSSESSION |
| vs. | |
| 30.60 ACRES OF LAND, MORE OR LESS, IN THE COUNTY OF SUTTER; PACIFIC GAS AND ELECTRIC COMPANY; STEVE HARRAH, SUTTER COUNTY TREASURER; and UNKNOWN OWNERS, | |
| Defendants. | |

Plaintiff United States of America has filed an ex parte motion for an order for the surrender of the possession of the 30.60 acres of property described in the Complaint in Condemnation filed in this action.  Entry of an order for possession is appropriately done via ex parte application.  *United States v. 0.95 Acres of Land,* 994 F. 2d 696, 698 (9th Cir. 1993). Based on Plaintiff's Memorandum of Points and Authorities filed with the motion and the original complaint and declaration of taking and exhibits filed therewith, the United States is entitled to possession of said property.

On April 2, 2010, the United States filed a Declaration of Taking and deposited eleven thousand seven hundred dollars into the registry of the Court.  Under the Declaration of Taking Act, 40 U.S.C. section 3114 (formerly 40 U.S.C. section 258a), upon the filing of the

1  Declaration of Taking and the deposit of estimated just compensation, title to the property
2  described in the declaration is vested in the United States.  The primary purpose of the
3  Declaration of Taking Act is to give the government immediate possession of the property and
4  give the owner immediate compensation, in the form of estimated value in return for title to the
5  land.  *United States v. Miller,* 317 U.S. 369 (1943).  Thus, upon the filing of the Declaration of
6  Taking, the United States is entitled to possession.  *United States v. Cobb,* 328 F. 2d 115 (9th Cir.
7  1964); *Narramore v. United States,* 960 F. 2d 1048, 1050 (9th Cir. 1992).

8         The United States confirms that it needs immediate possession of the property because
9  the Department of Energy wants to immediately commence and continue with construction of
10  the power transmission system of the Central Valley Project, of which the line over the
11  condemned property is an integral part.  The construction contract has been awarded and the
12  Department of Energy, through the Western Area Power Administration ("WAPA"), is prepared
13  to move forward with construction immediately but cannot begin construction without access to
14  and possession of the property.

15         Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that all defendants in this
16  action, and all persons in possession or control of the property, described in the Complaint in
17  Condemnation, shall immediately surrender possession of said property to Plaintiff upon service
18  of a copy of this Order.

19  Dated:  May 27, 2010

21  _____
    GARLAND E. BURRELL, JR.
22  United States District Judge