```
                 IN THE UNITED STATES DISTRICT COURT

               FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,           )    2:10-cv-00789-GEB-GGH
                                    )
               Plaintiff,           )
                                    )    RELATED CASE ORDER
     v.                             )
                                    )
                                    )
30.60 ACRES OF LAND, MORE OR LESS,  )
INTHE COUNTY OF SUTTER; PACIFIC     )
GAS AND ELECTRIC COMPANY; STEVE     )
HARRAH, SUTTER COUNTY TREASURER;    )
and UNKNOWN OWNERS,                 )
                                    )
               Defendants.          )
                                    )
                                    )
UNITED STATES OF AMERICA,           )    2:10-cv-00791-LKK-KJN
                                    )
               Plaintiff,           )
                                    )
     v.                             )
                                    )
.41 ACRES OF LAND, MORE OR LESS,    )
IN THE COUNTY OF SUTTER; ELIZABETH  )
GIANELLA; SEAN CARBERRY;            )
SACRAMENTO AND SAN JOAQUIN          )
DRAINAGE DISTRICT; STEVEN HARRAH,   )
SUTTER COUNTY TREASURER/TAX         )
COLLECTOR and UNKNOWN OWNERS,       )
                                    )
               Defendants.          )
                                    )
```

Plaintiff contends action 2:10-cv-00791-LKK-KJN is related to the above-action already assigned to the undersigned judge within the meaning of Local Rule 123(a), because "[b]oth actions are eminent domain actions by the United States involving interests in land acquired for use in the power marketing function

1

of the Western Area Power Administration... in connection with the administration of the Central Valley Project." (Pl.'s Notice of Related Cases 2:3-5.)

Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.  Since the actions appear related, action No.2:10-cv-00791-LKK-KJN is reassigned to Judge Garland E. Burrell, Jr. and to Magistrate Gregory G. Hollows for all further proceedings, and any dates currently set in the reassigned case are vacated.  Henceforth the caption on documents filed in the reassigned case shall show the initials "GEB-GGH."

Further, a status conference is scheduled in No. 2:10-cv-00791-GEB-GGH  before Judge Garland E. Burrell, Jr. on July 26, 2010 at 9:00 a.m.  A joint status report shall be filed no later than fourteen (14) days prior.[1]

The Clerk shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated:  June 15, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.